**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

| |
|---|
| SOLARWORLD AMERICAS, INC.<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. |

**SUMMONS**

**Court No. 17-00217**

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Acting Clerk of the Court

---

1. Plaintiff, SolarWorld Americas, Inc. is a domestic producer of crystalline silicon photovoltaic cells and modules, is an interested party as defined in 19 U.S.C. § 1677(a)(c), and was a participant in the administrative review under appeal. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the first administrative review of the antidumping duty order on certain crystalline silicon photovoltaic products from China. *Certain Crystalline Silicon Photovoltaic Products from the People's Republic of China,* 82 Fed. Reg. 32,170 (Dep't Commerce July 12, 2017) (final results of antidumping duty admin. review and deter. of no shipments; 2014-2016). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and 19 U.S.C. § 1516a(a)(2)(B)(iii).
   (Brief description of the contested determination)

3. July 5, 2017
   (Date of determination)

4. The U.S. Department of Commerce's final results for were published on July 12, 2017
(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Timothy C. Brightbill
Signature of Plaintiff's Attorney

August 11, 2017
Date

Timothy C. Brightbill
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
trade@wileyrein.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044